IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TENG YANG,

      Petitioner,                     No. 2:09-cv-2578-JFM (HC)

   vs.

CHARLES DEROSA, Warden,

      Respondent.                  ORDER

_____/

      Examination of this action and the court's records reveals that the petitioner has previously filed a petition for relief in the same matter.[1] (No. 2:08-cv-2233-KJM (HC).) Said petition is still pending. Good cause appearing, pursuant to Local Rule 81-190(d), the above-captioned action will be reassigned to the Magistrate Judge who is considering the prior petition.

      The parties should be aware that reassigning this action under Local Rule 81-190(d) merely has the result that the action is assigned to the Magistrate Judge who is considering the prior petition; no consolidation of the actions is effected at this time.[2]

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

[2] All challenges to petitioner's 2003 Butte County conviction must be raised in one action. See Rule 2(c), 28 U.S.C. foll. § 2254.

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. This action is reassigned to Magistrate Judge Kimberly J. Mueller for all
3  further proceedings; henceforth, the caption on documents filed in this action shall be shown as
4  No. 2:09-cv-2578; and
5  2. The Clerk of the Court shall make appropriate adjustment in the assignment of
6  civil cases to compensate for this reassignment.
7  DATED: October 8, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
yang2578.190

2